UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TESSA FEAST,

    Plaintiff,

v.                                                        Case No: 2:18-cv-106-FtM-99MRM

COMCAST OF
ARKANSAS/FLORIDA/LOUISIANA/
MINNESOTA/MISSISSIPPI/TENESS
EE, LLC,

    Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on Defendant's Unopposed Motion to Compel Arbitration and Stay Action (Doc. 15) filed on April 3, 2018. The parties agree that Plaintiff Tessa Feast's claims against Defendants are subject to a valid arbitration agreement and that this case should be referred to arbitration. Upon consideration of the record and applicable law, the Court will compel arbitration and stay this case.

Accordingly, it is now **ORDERED:**

(1) Defendant's Unopposed Motion to Compel Arbitration and Stay Action (Doc. 15) is **GRANTED**.

(2) All proceedings in this case are **STAYED** until the parties advise the Court that arbitration has been completed and that the stay is due to be lifted or the case is due to be dismissed. The parties must notify the Court of such matters within **seven (7) days** of the arbitration proceedings concluding.

---

[1] Disclaimer: Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.

(3) The parties are **DIRECTED** to file a joint report regarding the status of arbitration on or before **July 3, 2018**, and every ninety (90) days thereafter until the conclusion of arbitration.

(4) The Clerk is **DIRECTED** to add a stay flag.

**DONE** and **ORDERED** in Fort Myers, Florida this 4th day of April, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2